NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


REGINALD WHITE,                              )
                                             )
          Appellant,                         )
                                             )
v.                                           )          Case No. 2D19-425
                                             )
STATE OF FLORIDA,                            )
                                             )
          Appellee.                          )
                                             )
_____)

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Reginald White, pro se.


PER CURIAM.


          Affirmed.


VILLANTI, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.